B201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                                 Case No. _____

Sertich-Kennedy, Nancy _____              Chapter **7** _____

                         Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                              the Social Security number of the officer,
_____     principal, responsible person, or partner of
                                                                      the bankruptcy petition preparer.)
_____     (Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Sertich-Kennedy, Nancy _____     X */s/ Nancy Sertich-Kennedy* _____  5/23/2012
Printed Name(s) of Debtor(s)                            Signature of Debtor                          Date

Case No. (if known) _____     X _____
                                                          Signature of Joint Debtor (if any)                 Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sertich-Kennedy, Nancy** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Nancy J. Sertich**<br>**Nancy J. Kennedy** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **5545** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1080 Preserve Drive**<br>**#206**<br>**Naperville, IL**   ZIPCODE **60564** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):   ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)   ZIPCODE | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Real Estate Investment Company, No Longer Doing Business,**   ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                         Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sertich-Kennedy, Nancy** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                            Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                              Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sertich-Kennedy, Nancy** |
| --- | --- |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Nancy Sertich-Kennedy***                          **Nancy Sertich-Kennedy**



Signature of Debtor

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**May 23, 2012**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Attorney*

X ***/s/ Robert D. Rotman***

Signature of Attorney for Debtor(s)

**Robert D. Rotman 6204194**
**Rotman & Elovitz, Ltd.**
**134 N. LaSalle Suite 200**
**Chicago, IL  60602-0000**
**(312) 236-2202  Fax: (312) 236-2531**
**rotmanelovitz@yahoo.com**

**May 23, 2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

Address

_____

X _____

Signature

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE: _____

Sertich-Kennedy, Nancy _____

Debtor(s)

Case No. _____

Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Nancy Sertich-Kennedy** _____

Date: **May 23, 2012** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                          Case No. _____

Sertich-Kennedy, Nancy _____   Chapter **7** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 5,700.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $ 6,136,188.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,674.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,408.66 |
| | TOTAL | 26 | $ 5,700.00 | $ 6,136,188.71 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois, Eastern Division**

IN RE:                                                                    Case No. _____

Sertich-Kennedy, Nancy _____    Chapter **7** _____
                              Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Sertich-Kennedy, Nancy**

Debtor(s)                                                                                      Case No. _____

(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Sertich-Kennedy, Nancy**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Fifty Dollars ($50.00)** | | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account - Fifth/Third Bank (-$158.00)** | | **0.00** |
| | | **Savings Account** | | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Bedroom Furniture set, two couches, two chairs, table and six chairs, bunkbeds, one trundle bed, four stools, three coffee tables** | | **600.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | | **1,000.00** |
| 7. Furs and jewelry. | | **Ring, watch, costume jewelry** | | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

**IN RE** Sertich-Kennedy, Nancy

Debtor(s)                                                          Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **5% Owner of  Niyo Development & Consulting, LLC - No longer doing business (involuntarily dissolved)** | | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Ford Escape (not in debtor's name)** | | **4,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Sertich-Kennedy, Nancy**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **5,700.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Sertich-Kennedy, Nancy**

Debtor(s)                                                          Case No. _____

                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Fifty Dollars ($50.00)** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Checking Account - Fifth/Third Bank (-$158.00)** | **735 ILCS 5 §12-1001(b)** | **27.00** | **0.00** |
| **Savings Account** | **735 ILCS 5 §12-1001(b)** | **3.00** | **0.00** |
| **Bedroom Furniture set, two couches, two chairs, table and six chairs, bunkbeds, one trundle bed, four stools, three coffee tables** | **735 ILCS 5 §12-1001(b)** | **600.00** | **600.00** |
| **Clothing** | **735 ILCS 5 §12-1001(a)** | **1,000.00** | **1,000.00** |
| **Ring, watch, costume jewelry** | **735 ILCS 5 §12-1001(b)** | **20.00** | **50.00** |
| **2005 Ford Escape (not in debtor's name)** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **4,000.00** |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Sertich-Kennedy, Nancy** _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ford Escape** | | | <br><br><br><br>VALUE $ **4,000.00** | | | | **5,500.00** | **1,500.00** |
| ACCOUNT NO. | | | <br><br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ **5,500.00** | $ **1,500.00** |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ **5,500.00** | $ **1,500.00** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Sertich-Kennedy, Nancy**
_____
Debtor(s)    (If known)    Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Sertich-Kennedy, Nancy** _____    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Alan Nelson** <br>**1550 Spring Road, No. 225** <br>**Oak Brook, IL  60523** | | | **Attorney's Fees** | | | | <br><br>**30,000.00** |
| ACCOUNT NO. <br><br>**Amcore c/o BMO Harris Bank** <br>**111 West Monroe Street** <br>**Chicago, IL  60603** | | | **Deficiency on Lemont Business Park Loan** | | | | <br><br>**1,300,000.00** |
| ACCOUNT NO. <br><br>**Amcore Bank** <br>**C/O Harris Bank** <br>**1033 West Van Buren Street, Suite 1000** <br>**Chicago, IL  60607** | | | **Assignee or other notification for:** <br>**Amcore c/o BMO Harris Bank** | | | | |
| ACCOUNT NO. 3862 <br><br>**American Collections** <br>**919 Estes Ct** <br>**Schaumburg, IL  60193** | | | **Open account opened 6/07** | | | | <br><br>**2,051.00** |

**13** continuation sheets attached

Subtotal
(Total of this page)  $ **1,332,051.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Sertich-Kennedy, Nancy

_____  _____
Debtor(s)                                                        Case No. _____
                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Electric Power**<br>**P.O. Box 24400**<br>**301 Cleveland Avenue SW**<br>**Canton, OH 44701-4400** | | | re: New Buffalo Highlands, LLC | | | | 450.00 |
| ACCOUNT NO. **2243**<br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | X | | **Open account opened 9/85** | | | | 71,114.00 |
| ACCOUNT NO. **2903**<br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | X | | **Open account opened 6/85** | | | | 41,429.00 |
| ACCOUNT NO.<br>**FirstSource**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | | | **Assignee or other notification for:**<br>**Amex** | | | | |
| ACCOUNT NO. **4103**<br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | X | | **Revolving account opened 11/85** | | | | 11,736.00 |
| ACCOUNT NO. **3683**<br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | X | | **Open account opened 11/85** | | | | 10,591.00 |
| ACCOUNT NO. **4683**<br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | X | | **Revolving account opened 1/02** | | | | 361.00 |

Sheet no. **1** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **135,681.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Sertich-Kennedy, Nancy**
_____        Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1841** <br> **Arrow Financial Servic** <br> **5996 W Touhy Ave** <br> **Niles, IL  60714** | | | **Open account opened 2/08** | | | | **767.00** |
| ACCOUNT NO. **2665** <br> **Atlantic Crd** <br> **P O Box 13386** <br> **Roanoke, VA  24033** | | | | | | | **788.00** |
| ACCOUNT NO. **3818** <br> **Bank of America Home Loans Servicing** <br> **450 American Street** <br> **Simi Valley, CA  93065** | | | **Revolving account opened 8/05** <br> **Deficiency - 6 Bahia Drive, Boynton Beach Florida 33436** | | | | **126,843.00** |
| ACCOUNT NO. <br> **Barbara Soloman** <br> **3625 Heritage Drive** <br> **Northbrook, IL  60062** | X | | **Business Loan** | | | | **40,000.00** |
| ACCOUNT NO. <br> **Barbara Soloman** <br> **950 Bermuda Dunes Place** <br> **Northbrook, IL  60062** | | | **Assignee or other notification for:** <br> **Barbara Soloman** | | | | |
| ACCOUNT NO. **3291** <br> **Barry Chessick** <br> **C/O Anthony Campanale & Associates** <br> **19 South LaSalle Street, No. 1500** <br> **Chicago, IL  60603** | | | **Business Loans** <br> **Judgment** | | | | **230,000.00** |
| ACCOUNT NO. **3493** <br> **Cach Llc** <br> **370 17th St Ste 5000** <br> **Denver, CO  80202** | | | **Open account opened 6/08** | | | | **10,991.00** |

Sheet no. **2** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **409,389.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Sertich-Kennedy, Nancy**                                    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Campbell Ford, Lincoln-Mercury, Inc.**<br>**2801 South 11th**<br>**Niles, MI  49120** | | | | | | | **1,594.31** |
| ACCOUNT NO.<br>**Carl Soloman**<br>**950 Bermuda Dunes Place**<br>**Northbrook, IL  60062** | X | | **Business Loans** | | | | **120,000.00** |
| ACCOUNT NO.<br>**Carl Soloman**<br>**950 Bermuda Dunes Place**<br>**Northbrook, IL  60062** | X | | **Notes signed with Barry Chessick**<br>**Lakeland Shores, LLC**<br>**Business Loan** | | | | **100,000.00** |
| ACCOUNT NO.<br>**Charles M. Sertich**<br>**8658 Dogwood Oaks Cove**<br>**Germantown, TN  38139** | | | **Promissory Note**<br>**Personal Loan** | | | | **510,500.00** |
| ACCOUNT NO. **1269**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | | | **Revolving account opened 3/81** | | | | **3,139.00** |
| ACCOUNT NO. **2825**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | | | **Revolving account opened 9/99** | | | | **3,043.00** |
| ACCOUNT NO. **1854**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | | | **Revolving account opened 5/05** | | | | **2,459.00** |

Sheet no. ___**3**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **740,735.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Sertich-Kennedy, Nancy** _____   Case No. _____
                 Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6586**<br>**Chase**<br>**201 North Walnut Street //de1-1027**<br>**Wilmington, DE  19801** | | | **Revolving account opened 3/94** | | | | **2,245.00** |
| ACCOUNT NO.<br>**Associated Recovery Systems**<br>**Dept. No. 5996**<br>**P.O. Box 1259**<br>**Oaks, PA  19456** | | | **Assignee or other notification for:**<br>**Chase** | | | | |
| ACCOUNT NO. **9841**<br>**Citi**<br>**P.O. Box 6241**<br>**Sioux Falls, SD  57117** | | | **Revolving account opened 5/97** | | | | **42,079.00** |
| ACCOUNT NO.<br>**B&T Financial Services**<br>**211 Perry Parkway, Suite 6**<br>**Gaithersburg, MD  20877** | | | **Assignee or other notification for:**<br>**Citi** | | | | |
| ACCOUNT NO. **6926**<br>**Collection Company Of**<br>**700 Longwater Dr**<br>**Norwell, MA  02061** | | | **Open account opened 11/08** | | | | **96.00** |
| ACCOUNT NO. **5734**<br>**Comp Crdt Sr**<br>**Po Box 60201**<br>**Chicago, IL  60660** | | | | | | | **963.00** |
| ACCOUNT NO. **7494**<br>**Credit Management Lp**<br>**4200 International Pkwy**<br>**Carrollton, TX  75007** | | | **Open account opened 3/09** | | | | **390.00** |

Sheet no. ___**4**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **45,773.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Sertich-Kennedy, Nancy

Debtor(s)

Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3443** <br> **Creditors Collection B** <br> **Pob 63** <br> **Kankakee, IL  60901** | | | **Open account opened 1/08** | | | | **124.00** |
| ACCOUNT NO. <br> **Dan McLaughlin** | | | **The Lakelands Corp.** <br> **Business Loan** | | | | **80,000.00** |
| ACCOUNT NO. <br> **Dan McLaughlin** | X | | **Notes signed with Barry Chessick** <br> **Lakeland Shores, LLC** <br> **Business Loan** | | | | **25,000.00** |
| ACCOUNT NO. <br> **Dave Gillfan** | X | | **Notes signed with Barry Chessick** <br> **Lakeland Shores, LLC** <br> **Business Loan** | | | | **100,000.00** |
| ACCOUNT NO. <br> **David & Nancy Bergman** | X | | **The Lakelands Corp.** <br> **Business Loan** | | | | **40,000.00** |
| ACCOUNT NO. <br> **David Workman** <br> **11609 Rivera Drive** <br> **New Buffalo, MI  49117** | | | **Note signed with Barry Chessick** <br> **Lakeland Shores, LLC** | | | | **50,000.00** |
| ACCOUNT NO. **3942** <br> **Discover Fin Svcs Llc** <br> **Po Box15316** <br> **Wilmington, DE  19850** | | | **Revolving account opened 11/90** | | | | **12,416.00** |

Sheet no. ____**5**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **307,540.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Sertich-Kennedy, Nancy** _____    Case No. _____
                     Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2030**<br>**Edward Hines C/O** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Edward Hines Lumber Co. C/O Tressler, Soderston, Maloney & Priess, L 305 Briarcliff Road Bolingbrook, IL 60440** | | | | | | | **0.00** |
| ACCOUNT NO. **0001**<br>**First Mdwst Bank 214 Washington St Waukegan, IL 60085** | | | **Mortgage on spec. homes in Plainfield, Illinois Account opened 7/04** | | | | **32,028.00** |
| ACCOUNT NO.<br>**Ford Motor Credit National Bankruptcy Center P.O. Box 537901 Livonia, MI 48153** | | | **Judgment** | | | | **15,000.00** |
| ACCOUNT NO.<br>**Ford Motor Credit P.O. Box 542000 Omaha, NE 68154** | | | **Assignee or other notification for: Ford Motor Credit** | | | | |
| ACCOUNT NO.<br>**Gerald N. Clark 22901 Pilcher Road Plainfield, IL 60544** | | | **Judgment Business Loan** | | | | **225,000.00** |
| ACCOUNT NO.<br>**GMAC 1100 Virginia Drive Ft. Washington, PA 19034** | | | **Deficiency for home in Florida** | | | | **325,000.00** |

Sheet no. **6** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **597,028.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Sertich-Kennedy, Nancy**

Debtor(s)                                      Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ssue** <br> **Greg Greenhill Construction Co., Inc.** <br> **5419 Hayden Lane** <br> **Ringwood, IL  60072** | | | Lakelands Building Group | | | | 1,672.80 |
| ACCOUNT NO. **9651** <br> **H  And  R Accounts Inc** <br> **P O Box 672** <br> **Moline, IL  61266** | | | Open account opened 5/09 | | | | 178.00 |
| ACCOUNT NO. <br> **Hines Lumber** <br> **1000 East Hines** <br> **Naperville, IL  60089** | | | Building Materials | | | | 90,000.00 |
| ACCOUNT NO. **5673** <br> **Horizon Fin** | | | | | | | 100.00 |
| ACCOUNT NO. **CY06** <br> **Indiana Michigan Power** <br> **P.O. Box 24401** <br> **Canton, OH  44701-4401** | | | Re: 11200 Marquette Drive, Unit C20, New Buffalo, MI 49117-9227 | | | | 437.53 |
| ACCOUNT NO. <br> **Alliance One Receivables Management, Inc** <br> **4850 Street Road, Suite 300** <br> **Trevose, PA  19053** | | | Assignee or other notification for: Indiana Michigan Power | | | | |
| ACCOUNT NO. **4608** <br> **Internal Revenue Service** <br> **230 South Dearborn** <br> **Chicago, IL  60605** | | | re The Lakelands Corp. | | | | 1,667.00 |

Sheet no. _____**7**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 94,055.33

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Sertich-Kennedy, Nancy** _____   Case No. _____
  Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**James Murphy** | | | **The Lakelands Corp.**<br>**Business Loan** | | | | **35,000.00** |
| ACCOUNT NO.<br>**Jim Brunetti**<br>**545 South Montgomery Avenue**<br>**Villa Park, IL  60181** | | | **Business Loans** | | | | **250,000.00** |
| ACCOUNT NO.<br>**Joe Murphy** | | | **The Lakelands Corp.**<br>**Business Loan** | | | | **35,000.00** |
| ACCOUNT NO.<br>**Joe Natalie** | | | **The Lakelands Corp.**<br>**Business Loan** | | | | **30,000.00** |
| ACCOUNT NO.<br>**John Hassel**<br>**5318 North Shoreland Avenue**<br>**Whitefish Bay, WI  53217** | | | **Notes signed with Barry Chessick**<br>**Lakeland Shores, LLC**<br>**Business Loan** | | | | **35,000.00** |
| ACCOUNT NO.<br>**John Hassell**<br>**5318 North Shoreland Avenue**<br>**Milwuakee, WI  53217** | | | **Assignee or other notification for:**<br>**John Hassel** | | | | |
| ACCOUNT NO.<br>**Judith Cohn** | X | | **The Lakelands Corp.**<br>**Business Loan** | | | | **40,000.00** |

Sheet no. **8** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **425,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Sertich-Kennedy, Nancy**                                         Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**K. Richter & Associates** | | | **Commissions** | | | | **18,000.00** |
| ACCOUNT NO. **8123**<br>**Keynote Consulting**<br>**220 W Campus Dr Ste 102**<br>**Arlington Heights, IL  60004** | | | **Open account opened 1/08** | | | | **169.00** |
| ACCOUNT NO.<br>**Laddie Fromelius**<br>**1207 Lisle Place**<br>**Lisle, IL  60532** | | | **Judgment**<br>**Mason** | | | | **29,000.00** |
| ACCOUNT NO.<br>**Laddie Fromelius**<br>**310 Martin Avenue**<br>**Naperville, IL  60540** | | | **Assignee or other notification for:**<br>**Laddie Fromelius** | | | | |
| ACCOUNT NO.<br>**Larry & Beth Cohen**<br>**825 Pinto Lane**<br>**Northbrook, IL  60062** | X | | **The Lakelands Corp.**<br>**Business Loans** | | | | **120,000.00** |
| ACCOUNT NO.<br>**Libra Brothers**<br>**2152 Roth Road**<br>**Oswego, IL  60543** | | | **Subcontractor for Lakelands** | | | | **110,000.00** |
| ACCOUNT NO. **0397**<br>**Lvnv Funding Llc**<br>**Po Box 740281**<br>**Houston, TX  77274** | | | **Open account opened 12/07** | | | | **2,944.00** |

Sheet no. ____**9**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **280,113.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Sertich-Kennedy, Nancy**                                    Case No. _____
_____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2178**<br>**Mary Jo & Peter Haas**<br>**C/O Thomas T. Boundas**<br>**6428 Joliet Road**<br>**Countryside, IL  60525** | | | **Judgment**<br>**Commissions** | | | | **500,000.00** |
| ACCOUNT NO.<br>**Michael Bendhoff** | X | | **The Lakelands Corp.**<br>**Business Loans** | | | | **30,000.00** |
| ACCOUNT NO.<br>**Michael Healy** | X | | **The Lakelands Corp.**<br>**Business Loans** | | | | **40,000.00** |
| ACCOUNT NO. **eLak**<br>**Munroe Storage**<br>**P.O. Box 311**<br>**Plainfield, IL  60544** | | | | | | | **1,532.00** |
| ACCOUNT NO. **6746**<br>**Nco- Medclr**<br>**Po Box 8547**<br>**Philadelphia, PA  19101** | | | **Open account opened 11/08** | | | | **195.00** |
| ACCOUNT NO. **0062**<br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL  60563** | | | **Open account opened 9/86** | | | | **2,108.00** |
| ACCOUNT NO. **2300**<br>**Northland Group, Inc.**<br>**P. O. Box 390905**<br>**Minneapolis, MN  55439** | | | | | | | **771.00** |

Sheet no. __**10**__ of __**13**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **574,606.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Sertich-Kennedy, Nancy _____    Case No. _____
            Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1871** <br> **Palm Financial Services, Inc. C/O** <br> **Baker & Hostetler, LLP** <br> **P.O. Box 112** <br> **Orlando, FL  32802** | | | | | | | 0.00 |
| ACCOUNT NO. **0579** <br> **People Of The State Of Illinois Ex. Rel.** <br> **Illinois Department Of Labor** <br> **100 West Randolph, 13th Floor** <br> **Chicago, IL  60601** | X | | | | | | 0.00 |
| ACCOUNT NO. **1043** <br> **Perkins Eastman Architects, Inc.** <br> **C/O McDonald Hopkins, LLC** <br> **640 North LaSalle Street, Ste. 590** <br> **Chicago, IL  60654** | | | Judgment <br> Architect Fees | | | | 70,000.00 |
| ACCOUNT NO. **2264** <br> **Portfolio Rc** <br> **120 Corporate Blvd Ste 1** <br> **Norfolk, VA  23502** | | | | | | | 3,553.00 |
| ACCOUNT NO. <br> **Rocky & Bonnie Saganiuk** <br> **12909 Norwich Street** <br> **Plainfield, IL  60585** | | | Judgment - Breach of Contract | | | | 166,566.07 |
| ACCOUNT NO. <br> **Ruthie** | | | Notes signed with Barry Chessick <br> Lakeland Shores, LLC | | | | 25,000.00 |
| ACCOUNT NO. <br> **Scheck Lumber** <br> **920 West 18th Street** <br> **Broadview, IL  60155** | | | | | | | 9,000.00 |

Sheet no. **11** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **274,119.07**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Sertich-Kennedy, Nancy
_____    Case No. _____
             Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1128**<br>**State Collection Servi**<br>**2509 S Stoughton Rd**<br>**Madison, WI 53716** | | | **Open account opened 10/08** | | | | **701.00** |
| ACCOUNT NO. **0211**<br>**State Collection Servi**<br>**2509 S Stoughton Rd**<br>**Madison, WI 53716** | | | **Open account opened 11/08** | | | | **469.00** |
| ACCOUNT NO. **0471**<br>**State Collection Servi**<br>**2509 S Stoughton Rd**<br>**Madison, WI 53716** | | | **Open account opened 4/08** | | | | **323.00** |
| ACCOUNT NO.<br>**Steve Shyman**<br>**1212 North LaSalle Drive, Apt. 1302**<br>**Chicago, IL 60610** | | | **The Lakelands Corp.**<br>**Business Loan** | | | | **60,000.00** |
| ACCOUNT NO.<br>**Steve Shyman**<br>**1455 North Larrabee Street**<br>**Chicago, IL 60610** | | | **Assignee or other notification for:**<br>**Steve Shyman** | | | | |
| ACCOUNT NO.<br>**Steve Shyman**<br>**160 West Goethe**<br>**Chicago, IL 60610** | | | **Assignee or other notification for:**<br>**Steve Shyman** | | | | |
| ACCOUNT NO. **3466**<br>**Sue A. Barrett C/O**<br>**Bahtiar Hoxha**<br>**33 North LaSalle Street, 29th Floor**<br>**Chicago, IL 60602** | | | | | | | **0.00** |

Sheet no. **12** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **61,493.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Sertich-Kennedy, Nancy** _____ Case No. _____
_____Debtor(s)_____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sue Daubert**<br>**11484 Marquette Drive**<br>**New Buffalo, MI 49117** | X | | **Notes signed with Barry Chessick Lakeland Shores, LLC Business Loan** | | | | **50,000.00** |
| ACCOUNT NO.<br>**Vencap**<br>**120 East Ogden, No. 124**<br>**Hinsdale, IL 60521** | | | **Judgment Business Loan for Lakelands Corporation** | | | | **500,000.00** |
| ACCOUNT NO. **1026**<br>**Village Of Plainfield**<br>**24401 West Lockport Street**<br>**Plainfield, IL 60544** | | | | | | | **8,335.00** |
| ACCOUNT NO.<br>**Wells Fargo Financial**<br>**800 Walnut**<br>**Des Moines, IA 50309** | | | **Deficiency on 6 Bahia Drive Boynton Beach Flordia 33436** | | | | **300,000.00** |
| ACCOUNT NO.<br>**Wells Fargo**<br>**Customer Service - F4008-080**<br>**800 Walnut**<br>**Des Moines, IA 50309** | | | **Assignee or other notification for: Wells Fargo Financial** | | | | |
| ACCOUNT NO. **4379**<br>**West Asset Management**<br>**2703 W Highway 75**<br>**Sherman, TX 75092** | | | **Open account opened 6/08** | | | | **270.00** |
| ACCOUNT NO. | | | | | | | |

Sheet no. __13__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **858,605.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **6,136,188.71**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Sertich-Kennedy, Nancy** _____    Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Sertich-Kennedy, Nancy
_____        Case No. _____
Debtor(s)                                      (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Barry Chessick C/O**<br>**Anthony Campanale & Associates**<br>**19 South LaSalle Street, Suite 1500**<br>**Chicago, IL  60603** | **Carl Soloman**<br>**950 Bermuda Dunes Place**<br>**Northbrook, IL  60062**<br><br>**Larry & Beth Cohen**<br>**825 Pinto Lane**<br>**Northbrook, IL  60062**<br><br>**David & Nancy Bergman**<br><br>**Michael Healy**<br><br>**Barbara Soloman**<br>**3625 Heritage Drive**<br>**Northbrook, IL  60062**<br><br>**Judith Cohn**<br><br>**Michael Bendhoff**<br><br>**Dan McLaughlin**<br><br>**Dave Gillfan**<br><br>**Sue Daubert**<br>**11484 Marquette Drive**<br>**New Buffalo, MI  49117**<br><br>**Carl Soloman**<br>**950 Bermuda Dunes Place**<br>**Northbrook, IL  60062** |
| **Michael Kennedy**<br>**13 Maple Street**<br>**Three Oaks, MI  49128** | **Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE <u>Sertich-Kennedy, Nancy</u>                                                                Case No. _____
         Debtor(s)                                                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  | **People Of The State Of Illinois Ex. Rel. Illinois Department Of Labor 100 West Randolph, 13th Floor Chicago, IL  60601** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Sertich-Kennedy, Nancy** _____    Case No. _____
                          Debtor(s)                                                        (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Daughter** | AGE(S): **18** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Temple B'nai Shalom/RavitronEquipment** | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)    DEBTOR    SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 2,253.33 | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 2,253.33 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 188.00 | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 188.00 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 2,065.33 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) **Temple B'Nai Shalom** | $ 609.00 | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 609.00 | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 2,674.33 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)     $ 2,674.33

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE** Sertich-Kennedy, Nancy

Debtor(s)                                              Case No. _____

(If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,600.00 |
|    a. Are real estate taxes included?    Yes ____ No ✓ | |
|    b. Is property insurance included?  Yes ____ No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 120.00 |
|    b. Water and sewer | $ |
|    c. Telephone | $ 200.00 |
|    d. Other _____ | $ |
|    _____ | $ |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 25.00 |
| 7. Medical and dental expenses | $ |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ |
|    e. Other _____ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
|    _____ | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 347.00 |
|    b. Other _____ | $ |
|    _____ | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **Camp Sokol** | $ 266.66 |
|    _____ | $ |
|    _____ | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

$ 3,408.66

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 2,674.33 |
|    b. Average monthly expenses from Line 18 above | $ 3,408.66 |
|    c. Monthly net income (a. minus b.) | $ -734.33 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Sertich-Kennedy, Nancy** _____ Case No. _____
Debtor(s)                                                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**28** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 23, 2012** _____    Signature: _**/s/ Nancy Sertich-Kennedy**_ _____
                                                                    **Nancy Sertich-Kennedy**                                        Debtor

Date: _____    Signature: _____
                                                                                                                                            (Joint Debtor, if any)
                                                                                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

_____
                                                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

IN RE:                                                                Case No. _____

Sertich-Kennedy, Nancy _____   Chapter **7** _____
                                    Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 12,000.00 | 2012 to date |
| | **Ravitron/Express Employment, Temple B'nai/United LLC** |
| 11,120.00 | 2011 |
| | **Ravitron, Express Employment, Acorn Theater, Harbor Chamber of Commerce, New Buffalo Township Park District** |

**$11, 120.00 Income from employment,**

**Business losses line (37) - $684, 819.00**

| | |
|---|---|
| 10,451.00 | 2010 |
| | **Partially unemployed/Acorn Theater** |

---

**2. Income other than from employment or operation of business**

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑      debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

None    *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☑      preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None    *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑      who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐      bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Perkins Eastman Architects, Inc. v. Lakelands Building Corp., Lakeland Shores, LLC; Case No. 08 L 011043** | **Collection** | **Law Division, County Department, Circuit Court of Cook County, Illinois** | **Pending** |
| **Vencap Financial, LLC v. The Lakelands Corp. and Nancy Sertich-Kennedy; Case No. 08L50865** | **Collection** | **Law Division, County Department, Circuit Court of Cook County, Illinois** | **Citation entered against Nancy Sertich-Kennedy** |
| **Lisle Savings Bank v. West Suburban Bank a/t/u Trust Agreement dated 2/16/2009 a/k/a Trust No. 13384, et. al; Case No. 2009 CH 03024** | **Mortgage Foreclosure** | **Circuit Court of the Twelfth Judicial Court, Will County, Illinois** | **Pending** |
| **Mary Jo Haas & Peter B. Haas v. Nancy Sertich-Kennedy, The Lakelands Corp. & Lakelands Building Group, Inc.; 2008 CH 2178** | **Collection** | **Chancery Division, Circuit Court of the 18th Judicial Circuit, DuPage County, Illinois** | **Pending** |
| **Lisle Savings Bank v. The Lakelands Corp., Rocky Saganiuk, Bonnie Saganiuk, Nancy J. Sertich-Kennedy, Unknown Owners & Occupants; 2009 CH 2351** | **Collection** | **Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **Pending** |
| **Palm Financial Services, Inc. vs. Virginia C. Otepka, et. al; Case No. 08 CA 21871** | **Foreclosure** | **Circuit Court of the Ninth Judicial Circuit , Orange County, Florida** | **Pending** |
| **Sue A. Barrett v. The Lakelands Building Group, Inc., Nancy J. Sertich-Kennedy; Case No. 08 CH 03466** | **Foreclosure** | **First District, Municipal Department, Circuit Court of Cook County, Illinois** | **Judgment entered** |
| **Lisle Savings Bank v. Michael T. Kennedy, Nancy** | **Foreclosure** | **Circuit Court for 18th Judicial Circuit, County of Dupage,** | **Judicial Sale** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Sertich-Kennedy; Case No. 2008 CH 3125 | | Illinois | |
| **GMAC Mortgage LLC vs. Nancy J. Sertich Kennedy, et al.; Case No. 502007 CA 018174XXXXMB AW** | **Foreclosure** | **Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida** | **Pending** |
| **American Express v. Nancy Sertich; Case No. 2009 AR 761** | **Collection** | **Circuit Court of the Eighteenth Judicial Court, DuPage County, Illinois** | **Judgement entered** |
| **Barry Chessick v. Nancy Sertich Kennedy; Case No. 2007 L 013291** | **Collection** | **Law Division, First Municipal District, Circuit Court of Cook County, Illinois** | |
| **Edward Hines Lumber Co.  vs. The Lakelands Corp. et. al.; Case 09 CH 2030** | | | |
| **People of the State of Illinois, Illinois Department of Labor vs. The Lakelands Corp., a dissolved corporation, Nancy Sertich-Kennedy et a.; Case No. 2011 L 0579** | **Collection - Wages** | **Twelfth Judicial Circuit Court of Will County, Illnois** | **Pending** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rotman & Elovitz, Ltd.**<br>**180 N.LaSalle Suite 2101**<br>**Chicago, IL  60601** | | **5,500.00** |

**10. Other transfers**

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Lisle Savings Bank** | | **Deed in Lieu of Foreclosure** |
| **First Midwest Bznk** | | **Re: The Lakelands Corp.** |
| **Amcore Bank** | | **Re: The Lakelands Corp.** |
| **Amcore Bank** | | **NIYO Development & Consulting, LLC** |
| **First Midwest Bank** | | **The Lakelands Building Group** |

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Chase Bank**<br>**7501 Lemont Road**<br>**Woodridge, IL  60517** | | **Children's Baby Necklaces** | |

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lakeland Building Group, Inc.** | | | | |
| **Lakelands Realty Corporation** | | | | |
| **Niyo Corporation** | | | | |
| **Lakelands Beach Home Owners Association** | | | | |
| **The Lakelands Building Corporation** | | | | |
| **The Lakelands Club Community Homeowners** | | | | |
| **Lakelands Club Duplex Villas Homeowners** | | | | |
| **Lakelands Club Lake Villas Homeowners As** | | | | |
| **Lakelands Community Homeowner's Associat** | | | | |
| **The Lakelands Corporation** | | | | |
| **Lakelands Estate Homeowner's Association** | | | | |
| **Lakelands Gathered Homes Homeowner's As** | | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**The Lakelands Investment Corporation**

**Lakelands Townhouse Homeowner's Associat**

---

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☑   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None ☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☐   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                       DATE OF WITHDRAWAL

**The Lakelands Corp.**

**The Lakelands Building Group, Inc.**

**Lemont Business Parking, LLC**

---

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None  ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None  ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None  ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **May 23, 2012** _____  Signature  ***/s/ Nancy Sertich-Kennedy***
                                       of Debtor                                    **Nancy Sertich-Kennedy**

Date: _____                  Signature  _____
                                       of Joint Debtor
                                       (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**

**Northern District of Illinois, Eastern Division**

IN RE:                                                                    Case No. _____

Sertich-Kennedy, Nancy                                        Chapter **7** _____
_____
                        Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*:<br>☐ Surrendered  ☐ Retained<br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is *(check one)*:<br>☐ Claimed as exempt  ☐ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*:<br>☐ Surrendered  ☐ Retained<br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is *(check one)*:<br>☐ Claimed as exempt  ☐ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:     **May 23, 2012** _____        ***/s/ Nancy Sertich-Kennedy*** _____
                                                                            Signature of Debtor

                                                                            _____
                                                                            Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

**IN RE:**                                                          Case No. _____

Sertich-Kennedy, Nancy _____   Chapter **7** _____

                        Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors _____ **287**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **May 23, 2012** _____   */s/ Nancy Sertich-Kennedy* _____
                                            Debtor

                                            _____
                                            Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sertich-Kennedy, Nancy
1080 Preserve Drive
#206
Naperville, IL  60564

Adventist Bolingbrook Hospital
500 Remington Boulevard
Bolingbrook, IL  60440

American Eagle
1SNorthwest Highway, 3rd Floor
Park Ridge, IL  60068

Rotman & Elovitz, Ltd.
134 N. LaSalle Suite 200
Chicago, IL  60602-0000

AJax Portable Toilets
P.O. Box 3909
Joliet, IL  60434

American Electric Power
P.O. Box 24400
301 Cleveland Avenue SW
Canton, OH  44701-4400

A Cozy Fireplace
503 West 87th Place
Naperville, IL  60565

Alan Nelson
1550 Spring Road, No. 225
Oak Brook, IL  60523

American Sale
745 North Center Boulevard
Romeoville, IL  60446

A Freedom Flag
P.O. Box 1185
Crystal Lake, IL  60039

Alliance One Receivables Management, Inc
4850 Street Road, Suite 300
Trevose, PA  19053

Amex
Po Box 297871
Fort Lauderdale, FL  33329

A&J Carpentry
608 South Elmhurst
Mount Prospect, IL  60056

Allied Waste Services
808 South Joliet Street
Joliet, IL  60436

Amron Stair Works
152 Industrial Drive
Gilberts, IL  60136

A-1 Power Solutions
930 Fifth Street
Aurora, IL  60505

Alternative Wood Co.
200 East Quincy
Westmont, IL  60559

Anderson Windows
2604 Walter Drive
New Lenox, IL  60451

Accurate Accounting
307 West Naperville Road, Ste. 105
Plainfield, IL  60544

Alu-storm, Inc.
89 West Timberlake Trail
Oswego, IL  60543

Animal Control
Naperville, IL  60563

Accurate Repro
29W130 Butterfield
Warrenville, IL  60555

Amcore Bank
C/O Harris Bank
1033 West Van Buren Street, Suite 1000
Chicago, IL  60607

Applied Soil Mechanics
411 Route 59, S. 100
Warrenville, IL  60555

Advanced Closet Systems
751 Frontenac Road, Ste. 139
Naperville, IL  60563

Amcore c/o BMO Harris Bank
111 West Monroe Street
Chicago, IL  60603

APT
1361 Carol Avenue
Chicago, IL  60607

Advantage Bookkeeping Professionals, Inc
1700 Park Street, Suite 111
Naperville, IL  60563

American Collections
919 Estes Ct
Schaumburg, IL  60193

Aqua Designs
13520 Budler Road
Plainfield, IL  60544

**Aquatic Weed Technology**
**159 North Garden Avenue**
**Roselle, IL  60172**

**Baish Excavating**
**2134 Maxim Drive**
**Rockdale, IL  60436**

**Brakur Cabinet Co.**
**18656 South Route 59**
**Shorewood, IL  60431**

**Arbor Works**
**1116 South State Street**
**Lemont, IL  60436**

**Bald Knob Marina**
**515 Bald Knob Road**
**Johnsburg, IL  60051**

**Bubba Elevator Service**
**717 Otis Avenue**
**Joliet, IL  60436**

**Architects Plus**
**800 West Fifth Avenue, Suite 208B**
**Naperville, IL  60563**

**Bank of America Home Loans Servicing**
**450 American Street**
**Simi Valley, CA  93065**

**Builder's Concrete**
**31W330 Shoger Drive**
**Naperville, IL  60564**

**Arrow Financial Servic**
**5996 W Touhy Ave**
**Niles, IL  60714**

**Barbara Soloman**
**3625 Heritage Drive**
**Northbrook, IL  60062**

**Builder's Insulation**
**25448 Ruff Street**
**Plainfield, IL 60585**

**Associated Recovery Systems**
**Dept. No. 5996**
**P.O. Box 1259**
**Oaks, PA  19456**

**Barbara Soloman**
**950 Bermuda Dunes Place**
**Northbrook, IL  60062**

**Burke & White**
**5330 Main Street, Suite 200**
**Downers Grove, IL  60515**

**Atlantic Crd**
**P O Box 13386**
**Roanoke, VA  24033**

**Barry Chessick**
**C/O Anthony Campanale & Associates**
**19 South LaSalle Street, No. 1500**
**Chicago, IL  60603**

**C.M. Lavoie**
**1050 West Route 126**
**Plainfield, IL  60544**

**Aucutt's**
**1975 Aucutt Road**
**Montgomery, IL  60164**

**Benchmark Consulting Group, Inc.**
**One Tower Lane, Ste. 1700**
**Oak Brook Terrac, IL  60181**

**Cach Llc**
**370 17th St Ste 5000**
**Denver, CO  80202**

**Avenue Metal**
**1640 West Ogden Avenue**
**Chicago, IL  60612**

**Blaesing & Associates**
**121 Springfield**
**Joliet, IL  60435**

**California Closets**
**960 Oak Creek Drive**
**Lombard, IL  60148**

**B&T Financial Services**
**211 Perry Parkway, Suite 6**
**Gaithersburg, MD  20877**

**Bluetek**
**12249 South Rhea Drive**
**Plainfield, IL  60544**

**Campbell Ford, Lincoln-Mercury, Inc.**
**2801 South 11th**
**Niles, MI  49120**

**Bailey's Carpet One**
**1224 West Ogden Avenue**
**Naperville, IL  60563**

**Bradley Enterprises**
**4050 A Wolf**
**Oswego, IL  60543**

**Carl R. Buck**
**Rathbun, Csevenyak & Kozol**
**24201 West Main Street**
**Plainfield, IL  60544**

Carl Soloman
950 Bermuda Dunes Place
Northbrook, IL  60062

CL Cervantes Landscaping
780 North Mather Court
Romeoville, IL  60446

Custom Welding & Fabricating Service
45-75 North River Road
Naperville, IL  60563

Charles M. Sertich
8658 Dogwood Oaks Cove
Germantown, TN  38139

Clarence Davids & Co.
23900 West 127th Street
Plainfield, IL  60544

Customwood Stairs, Inc.
1424 Sherman Road
Romeoville, IL  60446

Chase
Po Box 15298
Wilmington, DE  19850

Collection Company Of
700 Longwater Dr
Norwell, MA  02061

David Wayne McEachern Architects Ltd.
620 Cornelia Street
Joliet, IL  60430

Chase
201 North Walnut Street //de1-1027
Wilmington, DE  19801

ComEd
P.O. Box 6111
Carol Stream, IL  60197

David Workman
11609 Rivera Drive
New Buffalo, MI  49117

Chicago Title
408 North Weber Road
Romeoville, IL  60446

Comp Crdt Sr
Po Box 60201
Chicago, IL  60660

Deborah Topolsiki
9411 Monroe Avenue
Brookfield, IL  60513

Chicago Title Insurance
1751 West Diehl Road, Ste. 190
Naperville, IL  60563

Concept Communications
215 West Naperville Road
Plainfield, IL  60544

Deckert & Assoc.
1401 Ardmore Avenue
Itasca, IL  60143

Christian Roge & Associates
211 West Wacker Drive
Chicago, IL  60606

Contractor Services & Supply
2115 Wes Diehl Road
Naperville, IL  60563

Delite Marble
405 Stone Drive
Saint Charles, IL  60174

Citi
P.O. Box 6241
Sioux Falls, SD  57117

Corporate Building Systems
1380 Abbott Court
Buffalo Grove, IL  60089

Diaz Construction
1932 Linden Wood Court
Aurora, IL  60506

City Of Naperville
400 South Eagle Street
Naperville, IL  60540

Credit Management Lp
4200 International Pkwy
Carrollton, TX  75007

Discover Fin Svcs Llc
Po Box15316
Wilmington, DE  19850

CJ Insulation
305 West Wheaton Avenue
Yorkville, IL  60580

Creditors Collection B
Pob 63
Kankakee, IL  60901

Distinctive Printing
620 North Highland Avenue
Aurora, IL  60505

Don's Roofing
6432 Western Avenue
Willowbrook, IL  60527

Fasteel
213 West Otto Drive
New Lenox, IL  60451

FirstSource
205 Bryant Woods South
Amherst, NY  14228


Doors By Russ, Inc.
1941 Aero Drive
Plainfield, IL  60544

Fasteel
607 West Chicago Street, 203
Plainfield, IL  60544

Floorguard
340 Marshall Avenue, No. 101
North Aurora, IL  60542


Dunning Excavating
Bolingbrook, IL  60440

Fazio Insurance
550 Ruby Street
Joliet, IL  60435

Ford Motor Credit
National Bankruptcy Center
P.O. Box 537901
Livonia, MI  48153


Dyanmic Matrix
1670 Dearborn Avenue
Aurora, IL  60505

FCA
1000 Brookforest
Shorewood, IL  60431

Ford Motor Credit
P.O. Box 542000
Omaha, NE  68154


E.F. Heil
12152 South Naper Plainfield Road
Plainfield, IL  60585

Feldott Electric
433 South Birchwood
Naperville, IL  60540

Fox Valley Building Material
1395 Timber Drive
Elgin, IL  60123


Eberle & Associates
1601 North Bond Street, Suite 204
Naperville, IL  60563

Fessler
P.O. Box 9446
Naperville, IL  60567

Frontline Fasteners
1900 Tyler Road, No. 200
Saint Charles, IL  60174


Edward Hines Lumber Co. C/O
Tressler, Soderston, Maloney & Priess, L
305 Briarcliff Road
Bolingbrook, IL  60440

First American Title Ins. Co.
27775 Diehl Road, No. 200
Warrenville, IL  60555

G.A. Blocker
18 Stone Hill Road
Oswego, IL  60543


Emerald Insurance Services
12855 South Cicero Avenue
Alsip, IL  60803

First American Title Ins. Co.
608 South Washington
Naperville, IL  60540

Galleria Lighting, Inc.
760 South Route 59, No. 104
Naperville, IL  60540


Esser Hayes Insurance Group
1811 High Grove Lane
Naperville, IL  60540

First Mdwst Bank
214 Washington St
Waukegan, IL  60085

Gdk Mirror & Glass Co.
1549 Bourbon Parkway
Streamwood, IL  60107


Evergreen Sprinkler Systems
2760 Holt Road
Minooka, IL  60447

First Midwest Bank
410 West Lockport
Plainfield, IL  60544

Gerald N. Clark
22901 Pilcher Road
Plainfield, IL  60544

Gerardo Chavez
1209 Rye Hill Court
Joliet, IL  60431

H&R Sewer /Water
6 Wild Plum Court
Lemont, IL  60439

Hometech Managment
1212 C Badger Street
Yorkville, IL  60560

Gifford Construction
134 South Grant
Westmont, IL  60559

Hallmark Cabinet Co.
3225 Rennie Smith Drive
S. Chicago Heights, IL  60411

Hometite Insulation
115 South Harris
Rockdale, IL  60436

GMAC
1100 Virginia Drive
Ft. Washington, PA  19034

Hallmark Services Corp.
75 Executive Drive, Ste 300
Aurora, IL  60504

Illinois Brick
1300 West Maple Street, US 30
New Lenox, IL  60451

Granite Marble Expressions
8428 44th Place
Lyons, IL  60534

Hendricksen The Caro Of Trees, Inc.
10S171 Ram Drive
Naperville, IL  60564

Illinois Tollway
P.O. Box 5201
Lisle, IL  60532

Granite Werks, Inc.
2218 North Elston Avenue
Chicago, IL  60614

Hines Lumber
1000 East Hines
Naperville, IL  60089

Indiana Michigan Power
P.O. Box 24401
Canton, OH  44701-4401

Great Western Flooring
31 Kendall Point Drive
Oswego, IL  60543

Hines Lumber
1000 East HInes
Napverille, IL  60089

Internal Revenue Service
230 South Dearborn
Chicago, IL  60605

Great Western Flooring
12720 South Route 59
Plainfield, IL  60585

Hogan Masonry Inc.
7S745 IL Route 53
Naperville, IL  60540

J Mar's & Sons
119 East Butterfield Road
North Aurora, IL  60542

Greater Illinois Title Co.
1296 Rickert Drive, Suite 301
Naperville, IL  60540

Hogan's Plumbing, Inc.
28W734 Washington Avenue
West Chicago, IL  60185

Jaegle's Waterfront
P.O Box 211
Wenona, IL  61377

Greg Greenhill Construction Co., Inc.
5419 Hayden Lane
Ringwood, IL  60072

Holhard Construction
7020 Dupage Drive
Downers Grove, IL  60517

James D. McCloy
3512 Fairmont Avenue
Naperville, IL  60564

H  And  R Accounts Inc
P O Box 672
Moline, IL  61266

Homer Tree Service
1400 Archer Avenue
Lockport, IL  60441

James, Gustafson & Thompson, Ltd.
1001 East Chicago Avenue
Naperville, IL  60540

JB Architecture Group, Inc.
1754 Washington Street
Naperville, IL 60563

Joliet Cabinet
674 North Wells Street
Chicago, IL 60610

Koshgarian Rur Cleaners, Inc.
226 North Washington Street
Naperville, IL 60540

Jeff Gilcrest Company
231 Crystal Avenue
Lombard, IL 60148

JW Reproductions, Inc.
620 North Higland Avenue
Aurora, IL 60506

Kropik, Papuga & Shaw
120 South LaSalle Street, Ste 1327
Chicago, IL 60603

Jim Brunetti
545 South Montgomery Avenue
Villa Park, IL 60181

K5 Construction
1376 Main Street
Lemont, IL 60439

L&M Cultured Marble
5859 West 117th Place
Alsip, IL 60803

Jim Eccles
931 West 75th Street
Naperville, IL 60565

Karly Iron Works
4014 Northwest Highway, 4C
Crystal Lake, IL 60014

L.A. McMahon
538 Pratt
Schaumburg, IL 60193

JL Plumbing
10S185 Schoger Drive
Naperville, IL 60564

KDA
2425 75th Street
Darien, IL 60561

L.C. Fromelius Masonry
5611 Walnut Avenue
Downers Grove, IL 60515

Joe Mulrooney
21511 Basswood Lane
Plainfield, IL 60544

Keynote Consulting
220 W Campus Dr Ste 102
Arlington Heights, IL 60004

Laddie Fromelius
1207 Lisle Place
Lisle, IL 60532

John Green Excavating
13823 Sharp Drive
Plainfield, IL 60544

Kingbeil Plumbing
13 South West Street
Naperville, IL 60540

Laddie Fromelius
310 Martin Avenue
Naperville, IL 60540

John Hassel
5318 North Shoreland Avenue
Whitefish Bay, WI 53217

KM Enterprises
P.O. Box 2344
Naperville, IL 60540

Larry & Beth Cohen
825 Pinto Lane
Northbrook, IL 60062

John Hassell
5318 North Shoreland Avenue
Milwaukee, WI 53217

Kolar Heating And Cooling
10049 Clow Creek Drive
Plainfield, IL 60585

Larson & Associates
2233 Theodore Street
Crest Hill, IL 60435

Joliet Cabinet
405 West Caton Farm Road
Lockport, IL 60441

Kopy Kat Copier, Inc.
1550 North Farnsworth Avenue
Aurora, IL 60505

Libra Brothers
2152 Roth Road
Oswego, IL 60543

Light Source Lighting
16114 South Route 59
Plainfield, IL  60585

Lisle Savings Bank
4720 Main Street
Lisle, IL  60532

Louis K. Water
215 Industrial Lane
Wheeling, IL  60090

Lvnv Funding Llc
Po Box 740281
Houston, TX  77274

Majestic Distributing Company
1255 Bowes Road
Elgin, IL  60123

Marble Works
1601 North LaFox
South Elgin, IL  60177

Mark F. Kalina
Guerard, Kalina & Butkus
100 West Roosevelt, Suite A1
Wheaton, IL  60187

MARS
18906 Hebron Raod
Harvard, IL  60003

Martin Design Partnership
335 North River Street, Ste 201
Batavia, IL  60510

Martin Plumbing
1201 Deer Street
Yorkville, IL  60560

Mary Jo & Peter Haas
C/O Thomas T. Boundas
6428 Joliet Road
Countryside, IL  60525

Maximum Builders
P.O. Box 181
North Aurora, IL  60506

Metro Glass & Mirror
1547 Bourbon Parkway
Streamwood, IL  60107

Midwest Stone
105234 Schoger Drive
Naperville, IL  60564

Mike West Construction
10309 South 248th Street
Naperville, IL  60564

Montgomery Landscaping
21 Basswood Court
Bristol, IL  60512

Mr. Duct
599 Odgen Avenue
Lisle, IL  60532

Munroe Storage
P.O. Box 311
Plainfield, IL  60544

Naperville Electrical Contractors, Inc.
P.O. Box 424
Oswego, IL  60543

Naperville Excavating
1805 High Grove Lane
Naperville, IL  60540

Naranjo Construction
427 South Lincoln Avenue
Kankakee, IL  60701

Nco- Medclr
Po Box 8547
Philadelphia, PA  19101

New Buffalo Express Care
715 South Whitaker Road
Lexington, MI  49117

Nicor Gas
1844 Ferry Road
Naperville, IL  60563

Northland Group, Inc.
P. O. Box 390905
Minneapolis, MN  55439

Northwest Marble
880 Industrial Drive
Bensenville, IL  60106

Oak Rock Constructions
RR2
Seneca, IL  61360

Oasis Irrigation
5040 Chase Avenue
Downers Grove, IL  60515

Off The Press
23214 West Lincoln Highway
Plainfield, IL  60586

Old Oak Accessories
2575 White Oak Circle
Aurora, IL  60502

Palm Financial Services, Inc. C/O
Baker & Hostetler, LLP
P.O. Box 112
Orlando, FL  32802

Plainfield Post Office
14855 South New Van Dyke Road
Plainfield, IL  60544

Reliable Wrecking Service, Inc.
1N510 Pleasant Hill Road
Carol Stream, IL  60188

Par Insurance
313 West Naperville Road, Unit F
Plainfield, IL  60544

Plainfield Public Library
705 North Illinois Street
Plainfield, IL  60544

Residential Design
P.O. Box 945
Plainfield, IL  60544

Parco Excavating
810 Hanson
Batavia, IL  60510

Plainfield School District
15732 South Howard Street
Plainfield, IL  60544

Rick's Carpentry
P.O. Box 2057
Northlake, IL  60164

Pat Drendel Concrete, Inc.
847 Williamsburg Drive
Naperville, IL  60540

Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA  23502

Rigoni Marble
3235 South State Street
Lockport, IL  60441

People Of The State Of Illinois Ex. Rel.
Illinois Department Of Labor
100 West Randolph, 13th Floor
Chicago, IL  60601

Potts Designs
10S030 Alago Road
Naperville, IL  60564

RockSolid Surfaces, Inc.
10S371 Normantown Road
Naperville, IL  60564

Perkins Eastman Architects, Inc.
C/O McDonald Hopkins, LLC
640 North LaSalle Street, Ste. 590
Chicago, IL  60654

Premiere Fence Co.
5115 Church Street, Suite 105
Skokie, IL  60007

Rocky & Bonnie Saganiuk
12909 Norwich Street
Plainfield, IL  60585

Phelps Landscaping
15013 South Bartlette
Plainfield, IL  60544

Pyramid Custom Cabinets
7040 West 157th Street
Orland Park, IL  60462

RodBaker Ford
23210 Lincoln Highway
Plainfield, IL  60544

Pizzo & Associates
10729 Pine Road
Leland, IL  60531

R&R Iron Works
1500 Dearborn Avenue
Aurora, IL  60505

Roger's Excavating
841 West Church Street
Sandwich, IL  60548

Plainfield Park District
100 West Ottawa Street
Plainfield, IL  60544

Ragoni Marble
112 Connor Avenue
Lockport, IL  60441

Romar Custom Cabinets
23949 South Norther Illinois Drive
Channahon, IL  60410

Plainfield Police Department
1400 North Division Street
Plainfield, IL  60544

Rainmakers Irrigation, Inc.
12024 Aero Drive
Plainfield, IL  60544

Russells Painting
2332 Westover Avenue
North Riverside, IL  60546

**S&K Excavating**
**722 South Caton Farm Road**
**Yorkville, IL  60560**

**Stair Masters**
**73 West Elm Avenue**
**Cortland, IL  60112**

**Ted Benson**
**23118 Sandpiper Cove**
**Plainfield, IL  60544**

**S.B. Woodworking**
**404 Windsor Drive**
**Oswego, IL  60543**

**State Collection Servi**
**2509 S Stoughton Rd**
**Madison, WI  53716**

**Terracon**
**135 Ambassador**
**Naperville, IL  60540**

**Scheck Lumber**
**920 West 18th Street**
**Broadview, IL  60155**

**Steve Shyman**
**1212 North LaSalle Drive, Apt. 1302**
**Chicago, IL  60610**

**Terrazo**
**77 Wheeling Road**
**Wheeling, IL  60090**

**Schram Construction**
**22 West State Street, Suite 2**
**Geneva, IL  60134**

**Steve Shyman**
**1455 North Larrabee Street**
**Chicago, IL  60610**

**The Fence Outlet**
**1805 Howell Drive**
**New Lenox, IL  60451**

**Searls Windows**
**16261 Frontage Road E**
**Plainfield, IL  60544**

**Steve Shyman**
**160 West Goethe**
**Chicago, IL  60610**

**The Macom Corporation**
**25033  91st Street**
**Naperville, IL  60564**

**Sharp Decorating**
**P.O. Box 889**
**Plainfield, IL  60544**

**Stone Design Inc.**
**551 Mitchell Road**
**Glendale Heights, IL  60139**

**The Maestro Construction Inc.**
**736 Seminole Lane**
**Bolingbrook, IL  60440**

**Shields Electric**
**873 Hawthorn**
**Plainfield, IL  60544**

**Succession Planning Services**
**1501 West Odgen Avenue**
**Downers Grove, IL  60515**

**Thomas T. Boundas & Associates**
**6428 Joliet Road, Suite 105**
**Countryside, IL  60525**

**Sign A Rama**
**1107 Essington Road**
**Joliet, IL  60435**

**Sue A. Barrett C/O**
**Bahtiar Hoxha**
**33 North LaSalle Street, 29th Floor**
**Chicago, IL  60602**

**Trim Tech Carpentry**
**982 Shoreline Drive**
**Aurora, IL  60504**

**Sleeth Electric**
**48W605 Hinckley Road**
**Big Rock, IL  60511**

**Sue Daubert**
**11484 Marquette Drive**
**New Buffalo, MI  49117**

**Trott Nelson**
**1550 Spring Road, No. 225**
**Oak Brook, IL  60523**

**Stair Masters**
**P.O. Box 582**
**Cortland, IL  60112**

**Sunrise Pool Builders**
**7864 Jerika Drive**
**Rockford, IL  61102**

**TWH**
**469 Rockhurst Road**
**Bolingbrook, IL  60440**

U.S. Recycling
12152 South Naperville/Plainfield Road
Plainfield, IL  60544

Wehrli
500 West 5th Avenue
Naperville, IL  60563

Ultimate Framing
8515 West 162nd Place Unit No. 1
Tinley Park, IL  60477

Wells Fargo
Customer Service - F4008-080
800 Walnut
Des Moines, IA  50309

Universal Granite & Marble
29W414 Aurora Avenue
Naperville, IL  60540

Wells Fargo Financial
800 Walnut
Des Moines, IA  50309

V.R. Trim Carpentry
404 Galahad Road
Bolingbrook, IL  60440

West Asset Management
2703 W Highway 75
Sherman, TX  75092

Valvoline
P.O. Box 14000
Lexington, KY  40512

Will County Telephones
2233 Theodore Street
Joliet, IL  60435

Vencap
120 East Ogden, No. 124
Hinsdale, IL  60521

Window Pros
2425 Von Esch Road
Plainfield, IL  60586

Vencap Financial
King Charles House
Park End Street
Oxford, United Kingdom, UK  OX1 1JD

Winfield Heating
432 Treasure Drive
Oswego, IL  60543

Village Florist
RR 126
Plainfield, IL  60544

Winfield Heating Construction Office
432 Treasure Drive
Oswego, IL  60543

Village Of Plainfield
24401 West Lockport Street
Plainfield, IL  60544

Workhorse Enterprise
12550 Lily Cache Lane
Plainfield, IL  60544

Wedgewood Construction
2290 Crescent Lane
Aurora, IL  60504

## United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

**IN RE:**                                                              Case No. _____

Sertich-Kennedy, Nancy _____    Chapter **7**_____
                                                Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................................................... $ _____**5,500.00**

    Prior to the filing of this statement I have received ........................................................... $ _____**5,500.00**

    Balance Due .................................................................................................. $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.   [Other provisions as needed]
    **Plus Costs.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Adversary proceedings or contested matters**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**May 23, 2012**_____    _____**/s/ Robert D. Rotman**_____
                    Date                                      **Robert D. Rotman 6204194**
                                                              **Rotman & Elovitz, Ltd.**
                                                              **134 N. LaSalle Suite 200**
                                                              **Chicago, IL  60602-0000**
                                                              **(312) 236-2202  Fax: (312) 236-2531**
                                                              **rotmanelovitz@yahoo.com**